UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: | Case No. 19-30778 |
| Barbara Baer<br>  *aka* Barbara Klabunde Baer<br>  *fdba* BB Mineral Research<br>  *aka* Barbara Elaine Baer<br>  *dba* Lone Star Dreams, LLC<br>  *dba* Home REI, LLC | Chapter 13 |
| Debtor. | Judge Marvin Isgur |

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)**

      Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

    D. Anthony Sottile
    Authorized Agent for Home Point Financial Corporation
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com

| | |
|---|---|
| Dated: February 14, 2019 | /s/ D. Anthony Sottile<br>D. Anthony Sottile<br>Authorized Agent for Creditor<br>Sottile & Barile, LLC<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140<br>Phone: 513.444.4100<br>Email: bankruptcy@sottileandbarile.com |

## CERTIFICATE OF SERVICE

I certify that on February 14, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

Reese W Baker, Debtor's Counsel
courtdocs@bakerassociates.net

David G Peake, Chapter 13 Trustee
court@peakech13trustee.com

Office of the United States Trustee
ustpregion07.hu.ecf@usdoj.gov

I further certify that on February 14, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Barbara Baer, Debtor
12436 FM 1960 W
PMB #211
Houston, TX 77065

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com